IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| TAJ AL KHAIRAT, LTD. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:13-cv-02609 |
| | § | |
| SWIFTSHIPS SHIPBUILDERS, L.L.C. | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO QUASH DEPOSITION NOTICE AND FOR PROTECTIVE ORDER

On this day the Court considered Plaintiff's Motion to Quash Deposition Notice and For Protective Order, which asks the Court to quash the deposition notice served on Taj al Khairat, Ltd. ("Taj") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and to protect Taj from future notices of deposition in this action pending a ruling on Taj's motion for summary judgment. The Court, having considered the motion, memorandum in support, any response, and the arguments of counsel is of the opinion that the motion should be GRANTED.

Accordingly, it is ORDERED that Defendant's notice of deposition of Taj pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, served on November 19, 2014, is hereby quashed.

It is further ORDERED that Defendant shall serve no further notices of deposition on Taj or its representatives prior to a ruling by the Court on Taj's pending motion for summary judgment.

Signed this \_\_\_\_ day of _____, 2014 at _____.

_____
JUDGE PRESIDING

Active 17404370.2