

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Taj Al Khairat, Ltd            Civil Action No. 13-02609

versus            Judge Richard T. Haik, Sr.

Swiftships Shipbuilders, L.L.C.            Magistrate Judge C. Michael Hill

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

**IT IS ORDERED** that the Motion For Summary Judgment filed by plaintiff, Taj Al Khairat, Ltd [Rec. Doc. 24] is **GRANTED**.

Thus done and signed this 30th day of January, 2015 at Lafayette, Louisiana.

Richard T. Haik, Sr.
U.S. District Judge