

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAY 2 7 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE  DIVISION

| | |
|---|---|
| Taj Al Khairat, Ltd. | Civil Action No. 13-02609 |
| versus | Judge Richard T. Haik, Sr. |
| Swiftships Shipbuilders, L.L.C. | Magistrate Judge C. Michael Hill |

### AMENDED JUDGMENT

Based on the Plaintiff's Unopposed Motion Pursuant To Federal Rule of Civil Procedure 60(A) To Correct Clerical Error In Judgment [Rec. Doc. 38], in order to add the amount of recovery due to Plaintiff, the Court's February 3, 2015 Judgment [Rec. Doc. 36] is amended as follows:

**IT IS ORDERED** that the Motion For Summary Judgment filed by Plaintiff, Taj Al Khairat, Ltd. [Rec. Doc. 24] is **GRANTED**.

**IT IS FURTHER ORDERED** that Taj Al Khairat, Ltd. shall have and recover from Defendant, Swiftships Shipbuilders, L.L.C., judgment of the sum of $6,700,000.00 for Swiftships Shipbuilders, L.L.C.'s breach of its obligations under the Settlement Agreement dated August 16, 2011.

The Court reserves any ruling on Plaintiff, Taj Al Khairat, Ltd.'s claims for attorneys' fees, pre-judgment interest, post-judgment interest and costs until resolution of the appeal pending in the United States Court of Appeals For The Fifth Circuit (No. 15-301195).

**THUS DONE AND SIGNED** this 26th day of May, 2015 at Lafayette, Louisiana.

Richard T. Haik, Sr.
U.S. District Judge